Charles E. McMANAMA,
Plaintiff—Appellant,

v.

Bill KENNEMER; et al., Defendants—Appellees.

No. 04–35143.
D.C. No. CV–03–01757–PA.

United States Court of Appeals,
Ninth Circuit.

Submitted Sept. 13, 2004.*

Decided Sept. 17, 2004.

Charles E. McManama, Estacada, OR, pro se.

Before PREGERSON, T.G. NELSON and GRABER, Circuit Judges.

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

MEMORANDUM \*\*

Charles E. McManama appeals pro se the district court's sua sponte dismissal of his 42 U.S.C. § 1983 action against Bill Kennemer and other Clackamas County Commissioners. We agree with the district court that McManama's action is barred by claim preclusion because the present action is an attempt to relitigate issues raised in a prior section 1983 complaint regarding the Commissioners' treatment of permit violations on McManama's property and the alleged destruction of structures on his property.

AFFIRMED.

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

